MOTION GRANTED.
IT IS SO ORDERED.

s/ *David A. Katz*
U. S. DISTRICT JUDGE

July 09, 2007

IN THE COURT OF COMMON PLEAS

OTTAWA COUNTY, OHIO

| | | |
|---|---|---|
| Jodi S. and John W. Gobrecht, | ) | CIVIL ACTION NO. 07CV005C |
| | ) | |
| Plaintiffs, | ) | JUDGE PAUL C. MOON |
| | ) | |
| and | ) | MOTION TO REALIGN THE |
| | ) | DEPARTMENT OF HEALTH AND |
| Ohio Mutual Insurance Group, et al., | ) | HUMAN SERVICES AND |
| | ) | CENTERS FOR MEDICARE AND |
| Involuntary Plaintiffs, | ) | MEDICAID SERVICES AND ANY |
| | ) | FEDERAL ENTITY AS A |
| v. | ) | DEFENDANT AND |
| | ) | **MEMORANDUM IN SUPPORT** |
| James P. McGee, | ) | |
| | ) | |
| Defendant. | ) | |

Involuntary plaintiffs Department of Health and Human Services (hereinafter "HHS"), Centers for Medicare and Medicaid Services (hereinafter "CMS"), and any named federal entity move this Court for an order realigning them as defendants in this action. Memorandum in Support follows.

1